**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELITO FABIONAR,<br><br>       Plaintiff(s),<br><br>  v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA,<br><br>       Defendant(s).<br>_____/ | No. C 10-04292 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 7, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **February 11, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on January 7, 2011, for failure to comply with the Court's Order of September 22, 2010, and for failure to prosecute. A case management conference is also scheduled for February 11, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 11, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge